**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| ROY E. TAYLOR III,<br><br>Plaintiff,<br>v.<br><br>MIDVALE INDEMNITY COMPANY, MAIN STREET AMERICA ASSURANCE COMPANY, MAIN STREET AMERICA PROTECTION INSURANCE COMPANY, and NGM INSURANCE COMPANY<br><br>Defendants. | Case No.: 7:26-cv-00338-WLS |

**ORDER**

Before the Court is a Consent Motion to Dismiss (Doc. 4) with prejudice all claims against Main Street America Assurance Company, Main Street America Protection Insurance Company, and NGM Insurance Company, (collectively the "Main Street Defendants"). The motion was jointly filed by Plaintiff Roy E. Taylor III, Defendant Midvale Insurance Indemnity Company, and the Main Street Defendants.

On November 5, 2026, the Main Street Defendants filed a Motion and Brief in Support to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. 3 and Doc. 3-1.) That motion asserts that Plaintiff's Complaint must be dismissed in its entirety as to the Main Street Defendants because the Main Street Defendants did not issue the subject Policy, and therefore, the Main Street Defendants are not in privity of contract with Plaintiff. Since no privity of contract exists as to Plaintiff and the Main Street Defendants, Plaintiff's claims for breach of contract and bad faith under O.C.G.A. § 33-4-6 against the Main Street Defendants fail as a matter of law. For these reasons, the parties seek dismissal of the Main Street Defendants from this action with prejudice.

Having considered the motion (Doc. 4) and consent of all parties, and for good cause shown, the instant Consent Motion is **GRANTED** and it is hereby ordered as follows:

1. Under Federal Rule of Civil Procedure 41(a)(2), all claims asserted by Plaintiff against Defendants Main Street America Assurance Company, Main Street America Protection Insurance Company, and NGM Insurance Company in this action are **DISMISSED WITH PREJUDICE**.
2. Each party to the Consent Motion shall bear its own attorneys' fees, costs, and expenses.
3. The Main Street Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 3 and Doc. 3-1) is **DENIED AS MOOT**.
4. This Order does not dismiss, release, or otherwise affect any claim asserted by Plaintiff against Midvale, and this action shall proceed as to Plaintiff's claims against Midvale.
5. The Clerk is directed to **TERMINATE** Main Street America Assurance Company, Main Street America Protection Insurance Company, and NGM Insurance Company as parties to this action.

**SO ORDERED**, this 24th day of November 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**